[No. 37216-5-I.    Division One.    May 27, 1997.]

DONALD N. MCDONALD, *Appellant*, v. THE BOARD OF
TAX APPEALS, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-33530-8, Richard D. Eadie, J., entered
August 7, 1995. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Agid and Cox, JJ.

[Nos. 37297-1-I; 39109-7-I.    Division One.    May 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWIN
STEPHENS, *Defendant*, ALBERT HENRY, *Appellant*.

Appeals from a judgment of the Superior Court for King
County, No. 95-1-02274-6, Ann Schindler, J., entered
September 15, 1995. *Affirmed* by unpublished opinion per
Baker, C.J., concurred in by Webster and Agid, JJ.

[No. 37367-6-I.    Division One.    May 27, 1997.]

MATT LANG, *Appellant*, v. PACIFIC NORTHWEST
REALTY GROUP, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for What-
com County, No. 95-2-00743-7, David A. Nichols, J.,
entered August 21, 1995. *Affirmed* by unpublished per
curiam opinion.

[No. 37426-5-I.    Division One.    May 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. EDUARDO
L. PERALTA, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-03945-1, William L. Downing, J., entered
September 8, 1995. *Affirmed* by unpublished opinion per
Baker, C.J., concurred in by Webster and Agid, JJ.